UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN LANG,<br><br>                    Plaintiff,<br><br>       v.<br><br>AUTOMATED ACCOUNTS, INC., a Washington corporation<br><br>                    Defendant. | No.   2:14-CV-0178-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 6, 2015, the parties filed Stipulated Notice of Voluntary Dismissal, ECF No. 38, which the Court construes as a Stipulated Motion for Voluntary Dismissal. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulated Motion for Voluntary Dismissal, **ECF No. 38**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of May 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge